UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY HARRISON,

        Petitioner,

v.

MICHAEL OBENLAND,

        Respondent.

CASE NO. C13-5839 BHS-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 26th day of September, 2013.

_____
J. Richard Creatura
United States Magistrate Judge