UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY HARRISON,

        Petitioner,

v.

MICHAEL OBENLAND,

        Respondent.

CASE NO. C13-5839 BHS-JRC

ORDER

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion to file a memorandum in support of his petition. Although the memorandum is over length, the Court will grant the motion. The Court advises petitioner that the Court has Local Rules that address the length of briefs.

Dated this 30th day of September, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1